UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                              CASE NO. 8:08-mc-89-T-23TGW

JASON BENNETT,

    Respondent.
_____/

**ORDER**

On January 18, 2008, the Internal Revenue Service (the "IRS") issued and served on the respondent two summonses (the "summonses") to aid an investigation into the respondent's tax liability for the year 2001 and collection of tax assessments for the years 1993, 1995, 1996, 1997, 1998, and 1999.  The summonses direct the respondent to appear before a revenue officer and produce documents for examination.  On July 14, 2008, pursuant to 26 U.S.C. §§ 7402(b) and 7604(a), the United States (Doc. 1) sought judicial enforcement of the summonses.  The magistrate judge directed (Doc. 3) the respondent to file a written response within twenty days and, if the respondent raised any objection to the enforcement of the summonses, to appear for a hearing on October 8, 2008, to show cause why the summonses should not be enforced.  The order and accompanying documents were personally served on the respondent on August 5, 2008 (Doc. 4).  However, the respondent filed no response and failed to appear for the hearing.  The magistrate concludes that the petition and the attached

declaration satisfy the requirements for enforcement of an IRS summonses[1] and recommends that the respondent be ordered to comply. Following the magistrate judge's report and recommendation (Doc. 5), the respondent fails to object to the report and the time for filing objections has expired.

Accordingly, the magistrate judge's report and recommendation (Doc. 5) is **ADOPTED** and the petition (Doc. 1) to enforce the IRS summonses is **GRANTED**. On or before **December 1, 2008**, the respondent (a) shall appear before Revenue Officer Bonnie Ragghianti or another designated officer of the IRS at such time and place as may be fixed by Revenue Officer Ragghianti or her designee to give testimony and produce for examination and copying the books, records, papers, and other data demanded by the summonses and (b) shall file a written notice of compliance with the Clerk of Court with a copy to the United States Attorney. Failure to comply may subject respondent to sanctions for contempt of court. Any request by the petitioner for an award of costs and fees shall be filed within twenty days of the date of this order.

ORDERED in Tampa, Florida, on November 12, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] See United States v. Powell, 379 U.S. 48, 57-58 (1964).

- 2 -